## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

**JOHN R. RUSSELL III**                                                                                          **PLAINTIFF**

**v.**                                                                                                    **No. 3:20-cv-852-BJB**

**COMMISSIONER OF SOCIAL SECURITY**                                                                              **DEFENDANT**

\* \* \* \* \*

### ORDER

Plaintiff John R. Russell III filed this lawsuit seeking review of the Commissioner's denial of his claim for disability insurance benefits and supplemental security income. DN 1. The Court referred the case to Magistrate Judge Regina Edwards. Judge Edwards issued a report on February 2, 2022, recommending that the Court affirm the Commissioner's decision and dismiss Russell's complaint. DN 21. Russell did not object to the recommended disposition within the time period described in the report and required by law. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

Because no party has objected to the Report and Recommendation, the Court may adopt it without review. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Nevertheless, the Court has reviewed and finds no error in Judge Edwards's conclusions. Accordingly, the Court adopts the Report and Recommendation (DN 21) and incorporates it by reference into this order. The Court will issue a separate judgment in the Commissioner's favor and close the case.

Benjamin Beaton, District Judge
United States District Court

March 3, 2022